UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 14-60435-CIV-ZLOCH

JAIME ESCARRIA and all others
similarly situated under 29 U.S.C. §216 (B)

    Plaintiff,

Vs.

USA TRANSPORTER SERVICES, INC.,

    Defendant.
_____/

**STATEMENT OF CLAIM**

**Overtime Claim:**

Period Claimed: 77 weeks 8/8/12-2/2/14
Halftime rate claimed: $4.75 per hour
Overtime hours worked per week: 20
Damages including liquidated damages: $7,315.00 X 2 = $14,630.00

Plaintiff also seeks all fees and costs pursuant to the FLSA, as well as damages for Unjust Enrichment pursuant to Count II.

Respectfully submitted,

    David Markel, Esq.
    The Markel Law Firm
    Attorney for Plaintiff
    3191 Grand Avenue #1513
    Miami, Florida 33133
    Tel: (305) 458-1282
    Fax: 1-(800) 407-1718
    Email: David.Markel@markel-law.com

    By:__/s/ David Markel_____
      David Markel, Esq.
     Florida Bar Number: 78306

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF on this 13th day of March, 2014:

Defendants have not yet appeared

By: /s/David Markel
David Markel, Esq.
Florida Bar No. 78306